UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MAZZEI, on behalf of himself and all other similarly situated, and on behalf of the public<br><br>Plaintiff,<br><br>v.<br><br>GEO SECURE SERVICES, LLC,<br><br>Defendant. | Case No. 1:22-cv-01347-AWI-CDB<br><br>**ORDER SETTING DEADLINE FOR RULE 26 DISCLOSURES AND REQUIRING PARTIES TO FILE A JOINT STATUS REPORT** |

The Court held an off the record scheduling conference on January 12, 2023, at which Attorney Nidah Farishta appeared on behalf of Plaintiffs and Attorney Amanda C. Koziol appeared on behalf of Defendant. During the conference, the parties agreed that scheduling the case should be delayed for a brief time. Based on the parties' representations and agreement during the conference, IT IS HEREBY ORDERED:

1. The parties shall exchange the initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before **February 10, 2023**, but no further discovery, motion or other pretrial scheduling will be set at this time.

2. The parties shall meet and confer and file a joint report that summarizes the status of any settlement discussions on or before **February 27, 2023**. The report shall describe any

efforts undertaken or ongoing to pursue private mediation.  The parties shall include in their joint report whether they wish to opt-in to the Court's Voluntary Dispute Resolution Program (*see* Local Rule 271), or request that either the assigned or an un-assigned magistrate judge convene a settlement conference.

3. If the parties do not wish to pursue any of the settlement options described above, the parties shall include in their joint report a proposed class certification discovery and motion briefing and hearing schedule.

4. The parties shall familiarize themselves with *Hernandez Gomez et. al. v. the GEO Group, Inc.*, Case No. 1:22-cv-00868-ADA-CDB, and either file a notice of related cases consistent with Local Rule 123 or explain in their joint report why such a filing is not necessary.

IT IS SO ORDERED.

Dated:   **January 13, 2023**                               _____
                                                            UNITED STATES MAGISTRATE JUDGE

2